**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01315-MJW

DAVID GEORGE,

      Plaintiff,

v.

BONNIE LEIGHTON,
BARBARA SMITH,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN,

      Defendants.

---

NOTICE OF ENTRY OF APPEARANCE

---

      **ROGER F. SAGAL**, of the law firm **SAGAL LAW GROUP, LLC**, hereby

enters his appearance on behalf of Defendant **COLORADO REAL ESTATE**

**NETWORK, INC**.

Respectfully Submitted,
/s/ Roger F. Sagal
*Roger F. Sagal*
Sagal Law Group, LLC
PO BOX 1168
259 S. Charlotte Street
Ridgway, CO 81432
Telephone: (970) 596-4258
FAX: (303) 386-7101
E-mail: roger@sagalgroup.com
*Attorney for Colorado Real Estate Network, Inc.*