**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2015

JEFFREY P. COLWELL
CLERK

Clerk of the U.S. District Court
Colorado District
1901 19th Street
Denver, Co 80294

Case Number: 15-cv-01315-MJW

July 6, 2015

I wish to inform the court about an issue that may come up at sometime during this case. I have spent the last few months in Indiana (about 3) due to very serious family illness of two elderly family members. This is a main reason for the Pro Se filing as my time was devoted elsewhere. I advocate attorneys in copyright cases in all of my articles and will work to achieve that in my own case before this court.

The issue is that my oldest sister (74) had two heart procedures done in the last 60 days or so to repair her open heart surgery from a couple of years ago. She is in very poor health. Her heart stents are failing and she will not survive a surgery to repair them. She was sent home as the doctors said there is nothing they can do. The information I was told after getting back to Colorado is that she may not make her birthday which is July 31.

Her husband is the other person. They both are disabled and seriously diabetic. He has had two heart attacks and the beginning of kidney failure within the 90 days. His prognosis is also very serious.

I felt the court needed to be made aware of this issue as I may get a phone call at anytime.

I was wondering what procedure I should use for notifying the court if I have to leave for funerals if it conflicts with a scheduled date or compromises the time to respond to an order or motion.

Can I email, leave a message and what information does the court require? Or would it be better for a motion if I have time to file one before leaving. I am moving my mailing address to Denver before long to remove any delay in the mail pending the finding of counsel.

Respectfully,
David George

Disclosure: I have not informed any of the defendants about this letter or information. The information I have found said that questions about schedules and general information sent to the court are not necessary to be sent to other parties unless I am asking a court action such as a motion. This is just a notice of personal information and a request for the proper way to notify the court if necessary. If this is not correct please accept my apology.