IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01315-MJW

DAVID GEORGE,

Plaintiff,

v.

BONNIE LEIGHTON,
BARBARA SMITH,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Continuance or Re-Scheduling of Status Conference (Docket No. 8) is GRANTED.

- The Status Conference set for July 30, 2015, at 2:00 p.m. is VACATED and RE-SET for August 24, 2015, at 10:00 a.m.

- The deadlines to consent to magistrate judge jurisdiction is likewise extended to August 24, 2015.

Date: July 23, 2015