# AFFIDAVIT OF SERVICE

State of Colorado     County of DISTRICT OF COLORADO     United States District Court Court

Case Number: 15-CV-01315-MJW

Plaintiff:
**DAVID GEORGE**

vs.

Defendant:
**BONNIE LEIGHTON, et al**

For:
DAVID GEORGE,
2525 ARAPAHOE AVE, E4-245
BOULDER, CO 80302

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG – 3 2015
JEFFREY P. COLWELL
CLERK

Received by Jim Mosley Process Service on the 22nd day of July, 2015 at 2:21 pm to be served on **JOYCE ANN WAYMAN, 210 W ARBOR AVE, PORT ST LUCIE, FL 34952.**

I, Timothy Simmons, being duly sworn, depose and say that on the **27th day of July, 2015 at 2:45 pm,** I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, and COMPLAINT FOR COPYRIGHT INFRINGEMENT, and NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION, and CONSENT FORM** to: **JOYCE ANN WAYMAN** at the address of: **210 W ARBOR AVE, PORT ST LUCIE, FL 34952** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Return of service/Affidavit of service and the facts stated in it are true. Pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me on the 27th day of July, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

J. L. MOSLEY
Commission # FF 164026
Expires December 13, 2018
Bonded Thru Troy Fain Insurance 800-385-7019

Timothy Simmons
PS 09-41

Jim Mosley Process Service
5100 Pinetree Dr.
Fort Pierce, FL 34982
(772) 464-6404

Our Job Serial Number: JLM-2015003029

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t