IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01315-MJW

DAVID GEORGE,

Plaintiff

v.

BONNIE LEIGHTON, REAL ESTATE BROKER, SOUTHWEST REALTY
BARBARA SMITH, BROKER/OWNER SOUTHWEST REALTY
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN

Defendant.

---

**PROPOSED ORDER REGARDING DEFENDANTS BONNIE LEIGHTON'S AND BARBARA SMITH'S <u>UNOPPOSED</u> MOTION TO CONTINUE THE STATUS CONFERENCE SCHEDULED FOR AUGUST 24, 2015**

---

THIS MATTER having come before the Court on Defendants Bonnie Leighton's and Barbara Smith's <u>Unopposed</u> Motion to Continue the Status Conference Scheduled for August 24, 2015 and the Court having reviewed the Motion and being fully advised HEREBY ORDERS that the Motion is GRANTED.  The Defendants have shown good cause exists to vacate and continue the Status Conference currently scheduled for August 24, 2015 at 10:00 a.m.

Counsel for Bonnie Leighton and Barbara Smith shall file a notice to set the Status Conference within seven days of the date of this Order and shall re-set the Status Conference in this matter.

DATED:                       BY THE COURT:

                                             _____
                                             United States Magistrate Judge