IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01315-RBJ-MJW

DAVID GEORGE,

Plaintiff,

v.

BONNIE LEIGHTON,
BARBARA SMITH,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants Bonnie Leighton's and Barbara Smith's Unopposed Motion to Continue the Status Conference Scheduled for August 24, 2015 (Docket No. 17) is GRANTED.

- The Status Conference set for August 24, 2015, at 10:00 a.m. is VACATED.

- A Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) is SET for September 17, 2015, at 2:00 p.m.

- No later than September 4, 2015, the parties shall conduct a Rule 26(f) conference.  Pursuant to Rule 26(d), no discovery shall be sought until after this conference.  No later than September 10, 2015, the parties shall exchange their Rule 26(a)(1) initial disclosures.

- No later than September 10, 2015, counsel for Defendants shall file a proposed scheduling order using the template order found on the Court's website (and linked at D.C.COLO.LCivR 16.2).

Date: August 18, 2015