# Lindsay Dunn

| | |
|---|---|
| **From:** | David [david@davidgeorgephotography.net] |
| **Sent:** | Thursday, August 20, 2015 4:05 AM |
| **To:** | Lindsay Dunn |
| **Cc:** | roger@sagalgroup.com; Chris@chriskenneylaw.com |
| **Subject:** | RE: George v. Bonnie Leighton, et al. |

Yes there is an issue that has come up responding and sending emails. The issue is after several very standard exchanges your firm's firewall has started blocking my email address. The notice includes your firewall blocking it information. I have tried to send you information and respond using the Gmail account as it is the only one I can access in the field. That issue is on your end. I have since added another email to send you information and responses. I have and I am still looking at requiring all contact be done through US Mail like the court does with me. No email communication from the court. Funny I used two weights of paper for the filing. 20 for me and the clerk and 28 for the judge. When I got two copies back they were totally mixed 20 and 28 weight. They were in separate folders when I filed. Who knows. but what ever happened did so on the Clerk's side of the wall. The supporting documents were submitted as exhibits not part of the complaint. We can have that discussion later.

The first notice about an issue was from Mr. Patterson stating the complaint had no numbers on it and they nothing had been filed if I remember right. His assistant came in saying the document pages printed blank. I looked and the items where there but not as exhibits as I had submitted them. The second notice was from you stating Barbara Smith did not get a complete complaint. My impression was that she did not get the missing page that the Clerk and I found as your notice did not elaborate. The documents about the copyrights and such were submitted as exhibits not as part of the complaint on my part. It seems that may have been in error or the Clerk added them as they may be required to do. So you claim the complaint is incomplete and I see it as complete with the Clerk's office mixing up all the copies. Same with the missing page.

I had already completed a motion to address the original summons to Barbara Smith and Bonnie Leighton when I got your email. I had done so because of the concerns of you, Mr. Patterson and myself due to the circumstances. The motion may have already been picked up as I am mailing copies to all parties including the court to remove any electronic issues for any of us. I have already made arrangements for the second service of process to be done including all copies of the documents. Those copies may have also been picked up. The motion is for an additional 30 days due only to the extraordinary time required to get the Montezuma County Sheriff to deliver a summon a couple of blocks away. While there is plenty of time left in the normal time for service of process I felt it best to give everyone a cushion because of that. I also addressed the costs for the first service. I did state that I would not be billing your clients for that service. I may have caused that issue I may not have as of now I have no response from the Clerk's office.

You and the other attorneys and defendants need to remember. I am not sitting in an office with assistants helping to keep things moving at a fast pace. I may not get an email for days. The cell phone which Mr. Patterson has the number may be out of signal range for extended periods. It may simply be turned off as to not disturb the animals I am trying to photograph. Even the vibrator noise can scare them. Just remember that when you try to put deadlines on responses especially when I have to go around your firewall since it started blocking my emails. It appears the firewall settings were changed for some reason possibly a software update but things definitely changed on your end.

I will call you but as you can see right now I am shooting in the middle of the night and I am sleeping as I can during the day. You are in bed sleeping and I was standing in three inches of running mountain stream in the dark taking photos. Calling you or the other attorneys now would be inappropriate as no one needs a middle of the night phone call.

I agree we have things to discuss especially with the homeowner declaring the images were shot work for hire meaning the license everyone is trying to use must be work for hire.

EXHIBIT A

1

I will state this right now I agree not to file for a default on the answer to the summons on both your clients due to the circumstances concerning the original service and the service will be done again with the billing for the second summons being what your client will owe due to not answering the Waiver of Service.

---

**From:** Lindsay Dunn [mailto:ldunn@frankpattersonlaw.com]
**Sent:** Wednesday, August 19, 2015 1:03 PM
**To:** roger@sagalgroup.com; Chris@chriskenneylaw.com; David
**Cc:** anita@sagalgroup.com; Franklin Patterson; Hillary Patterson
**Subject:** RE: George v. Bonnie Leighton, et al.

Hello All,

Our other client Bonnie Leighton was also served yesterday. She was also not served with a full copy of the complaint, including the registration numbers of Plaintiff's alleged copyrights, which is a prerequisite to filing a lawsuit for copyright infringement.  We now anticipate filing a Motion to Quash or Dismiss for both Barbara Smith and Bonnie Leighton unless Plaintiff would prefer to file a stipulation noting the inadequate prior service and that Plaintiff will have service completed properly.

Mr. George, please call me at your earliest convenience, 303-741-4539, as I understand you have difficulties responding to our emails. I presume the other parties' position remains unopposed?
Thank you,

Lindsay M. Dunn | Attorney
**Frank Patterson & Associates, P.C.**
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
Phone: 303-741-4539
Fax: 303-741-5043
ldunn@frankpattersonlaw.com

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message.

---

**From:** Lindsay Dunn
**Sent:** Tuesday, August 18, 2015 11:23 AM
**To:** 'roger@sagalgroup.com'; 'Chris@chriskenneylaw.com'; 'David'
**Cc:** 'anita@sagalgroup.com'; Franklin Patterson; Hillary Patterson
**Subject:** George v. Bonnie Leighton, et al.

Hello All,

This email is to confer with you regarding our anticipated motion to dismiss and/or motion to quash service on Barbara Smith as Ms. Smith was not served with a full copy of the complaint.

Please provide me your position regarding the same by Thursday, Aug. 21st at 12:00 p.m.
Thank you,

Lindsay M. Dunn | Attorney

**Frank Patterson & Associates, P.C.**
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
Phone: 303-741-4539
Fax: 303-741-5043
ldunn@frankpattersonlaw.com

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message.