IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01315-MJW

DAVID GEORGE,

Plaintiff

v.

BONNIE LEIGHTON,
BARBARA SMITH,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN

Defendant.

## AFFIDAVIT OF BARBARA SMITH

I, Barbara Smith, being of lawful age, and being duly sworn upon oath, deposes and states as follows:

1. My name is Barbara Smith and I am over the age of 18.
2. I have personal knowledge regarding matters contained herein.
3. On August 5, 2015, I received what is attached as **Exhibit C** to Motion, purporting to accomplish service on me. *See* **Exhibit C** to Motion. The copy of the complaint was only 13 pages and did not contain the alleged infringed copyrights' registration numbers. *See* **Exhibit C** to Motion. The papers also included a blank Consent Form and a Summons.
4. I also received the July 3, 2015 correspondence requesting that I waive service which is attached as **Exhibit F** to Motion. It was also only 13 pages and did not contain the alleged infringed copyrights' registration numbers. *See* **Exhibit F**. It had a handwritten date and signature of Plaintiff which is different from the copy served on me. *See* **Exhibit F**, at p. 17; *contra* **Exhibit C**, at p. 16.
5. I do not believe proper service was completed on me.

FURTHER, AFFIANT SAITH NAUGHT.

_____
Barbara Smith

STATE OF COLORADO     )
                     ) ss.
COUNTY OF Montezuma  )

1

**EXHIBIT B**

Subscribed and sworn to before me this ___21st___ day of ___August___, 2015 by Barbara Smith.

Witness my hand and official seal.

My commission expires: ___5/16/2016___   ___/s/ Kathleen E. Padilla___
                                                Notary Public

KATHLEEN E PADILLA
NOTARY PUBLIC, STATE OF COLORADO