IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01315-RBJ-MJW

DAVID GEORGE,

Plaintiff,

v.

BONNIE LEIGHTON,
BARBARA SMITH,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Default Judgment for Defendants Colorado Real Estate Network Inc. And Joyce Ann Wayman (Docket No. 37) is DENIED.  The Clerk of Court denied entry of default under Fed. R. Civ. P. 55(a); without entry of default, default judgment under Fed. R. Civ. P. 55(b) cannot obtain. Plaintiff is directed to the Local Rules of Practice for the District of Colorado, specifically D.C.COLO.LCivR 55.1.

Date: September 17, 2015