IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01315-RBJ

DAVID GEORGE,

    Plaintiff,

v.

BONNIE LEIGHTON, Real Estate Broker, Southwest Realty,
BARBARA SMITH, Broker / Owner Southwest Realty,
COLORADO REAL ESTATE NETWORK, INC., and
JOYCE ANN WAYMAN,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 31, 2016 at 9:00 a.m.  The parties should notify the Court as soon as possible if they intend to hold the trial in Durango.**

A Trial Preparation Conference is set for **September 23, 2016 at 1:30 p.m.** Lead counsel and pro se parties shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least five business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 29th day of September, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge