FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2015

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

David George

v

Barbara Leighton, et al           Civil Action: 15-cv-01315-RBJ-MJW

## MOTION TO MODIFY ORIGINAL COMPLAINT TO REMOVE LINE ITEMS NO LONGER PART OF THE CASE

The Plaintiff, David George requests to remove line items 28,29,30,32, 62(d) and to modify line items 39(a) and 54(a) to remove the references to the removal of the hard drive and images by Ms. Joyce Ann Wayman. The disk and image removal are now part of a larger and more complicated matter being addressed in Florida that will have both civil and criminal aspects. They are no longer relevant to this copyright infringement case. Ms Wayman is still part of the infringement case as mentioned in the complaint line 11. Ms Wayman has a new address as noted on the Motion for continuance or re-scheduling of status conference in Florida making both defendants based in Florida where the removal of the disk and images occurred. Line 32 of the original complaint notes the second claim to be filed. It is now required to be done in Florida not in Colorado as originally planned.

Line item 39(a) to be changed to read:

The Plaintiff requests the Court:

(A) order that each defendant delete and permanently remove the images relating to the Plaintiff's images of the property from each of the computers controlled, possessed, or in their custody.

Line item 54(a) to be changed to read:

The Plaintiff requests the Court:

(A) order that each defendant delete and permanently remove the images relating to the Plaintiff's copyrighted images of the property from each of the computers controlled, possessed, or in their custody.

I certify that the defendants and their representatives will be notified via the electronic system of the court. I also certify that they were notified by email that this motion was being filed.

_____     10/1/2015
David George                         Date