IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action:      15-cv-01315-RBJ-MJW          Date: November 17, 2015
Courtroom Deputy:  Deborah Hansen               Court Reporter: Kara Spitler
                                                Time: 20 minutes

| *Parties* | *Counsel* |
|---|---|

DAVID GEORGE,                                   *Benjamin Simler*

    **Plaintiff,**

v.

BONNIE LEIGHTON,                                *Franklin Patterson*
BARBARA SMITH,                                  *Lindsay Dunn*
COLORADO REAL ESTATE NETWORK, INC.,             *Roger Sagal*
and JOYCE ANN WAYMAN,                           *Michael Anderson*

    **Defendants.**

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 10:03 a.m.

Appearances of counsel.

Court's comments

Discussion/Argument

**ORDERED:**   The plaintiff, David George, shall submit to a deposition on December 3, 2015 or December 7, 2015, either by video, at his expense, or here in Denver.

Court in Recess: 10:23 a.m.
Conference concluded.