F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 20 2016

JEFFREY P. COLWELL
CLERK

Civil Action No.: 15-cv-01315-RBJ-MJW

DAVID GEORGE,

Plaintiff

v.

BONNIE LEIGHTON, et al
Defendant(s)

## MOTION TO VACATE ORDER (DOC 73) AND ENFORCE OR VACATE THE SETTLEMENT AGREEMENT WITH DEFENDANT WAYMAN

The Plaintiff realizes it has been almost 6 month since the court granted the voluntary dismissal with stipulation. New information concerning the stipulation has come to light and warrants this motion. The settlement with defendant Wayman was contingent on the return of the images, documents and other items belonging to the Plaintiff as directed by the court. The settlement agreement required the return of the disk containing the all images taken with the disk in May of 2012.

The following information was withheld, made unavailable and unknown at the time the voluntary dismissal was requested and granted by the court.

1. The disk had thousands of images deleted in July of 2015. This was after the filing of the lawsuit. It was about two weeks after Ms Wayman and Ms Leighton had an email discussion concerning the strategy of the case. Ms Wayman was purposely destroying the Plaintiff's work and manipulating the evidence that would be later used in the case. Defendant Wayman

confirmed in the July email that she had the disk. She also claimed never to have looked at it.

That is simply not true as the disk had been accessed and information deleted as early as May 18,

2012. **(Exhibit A,B)**


2. In September of 2015 Ms Wayman was fragmenting other images and adding information to

the disk. One of the dates in September was the exact same day the court was holding a in

person conference September 17th. At that conference the judge rightly made it very clear to the

Plaintiff that any sort of destroying, changing or deleting any information that could possibly be

in anyway associated with the case could result in serious sanctions by the court up to and

including dismissal of the case. The plaintiff feels the court should use the same standard on the

defendant Wayman and impose sanctions. The Plaintiff also requests that the Defendant be

declared having committed willful copyright infringement as stated in the Doc.1 the original

complaint 39(a), 54(a) and 62(a). **(Exhibit C)**


3. The defendant submitted a copy of the root directory of the drive through her attorney to get

the Plaintiff to agree the disk appeared to be the correct disk and intact. The image was not the

correct. The image clearly shows access dates of the folder only in 2010, 2011 and 2012. The

directory also did not show the complete list of files and folders in the directory. The Windows

operating system displays the Recycle and other created folders in the root directory. For the

Recycle Bin and the Recycled Bin not to show required them to be hidden. That required a

person to reset the setting not to display them just like the other files not shown also had to be

done. In the Windows operating system external drives have their own recycle bin and would

require a person to access that drive and change the setting so that information would not

displayed. And that would also be the case with clearing the Recycle Bin which was clearly done. The disk was not made available for inspection until after the signing of the agreement. **Exhibit D**

4. The access dates to the disk show that images posted online with her claim of ownership (which was and is incorrect) show the images were accessed, modified and uploaded on days that the disk had not be accessed for any purpose with the exception of one day. Then only to delete 4 files contained 1KB each. That would only be big enough to be the text data for the file name. This clearly indicates a second copy of the images off the submitted disk. ( **Exhibit E)**

5. The addition of the document files to folders not named Documents show the information was moved and manipulated from an outside copy. With no copy of the Document file on the disk the only other location of the hundreds of documents could have only come from the Plaintiff's laptop. The original editing of some images uploaded to the internet by Defendant Wayman show the editing took place using Photoshop CS5. That program was only on the Plaintiff's laptop. Ms Wayman did not have that program and was not trained to use it. The images were never on the disk submitted by Ms Wayman. This again shows an outside source with copies taken from the Plaintiff's laptop. Large amount of items exhibits not submitted.

With the defendant Wayman's removal and destruction of the images being prepared for commercial distribution has caused and will continue to cause great harm to the Plaintiff. There is also concern about the copies made. The disk has software on it for copying, transfer and preserving images online. (**Exhibit F)**

With these facts and the violations of the court's instructions and normal methods for controlling the integrity of the evidence the Plaintiff asks the court for the following

1. Vacate the dismissal in Doc 73.

2. Vacate the Settlement Agreement.

3. Impose the conditions listed in the original complaint sections 39(a), 54(a) and 62(d).

4. Allow damages of $75,000 for the destruction of the images on the disk as per the aforementioned sections (in previous item 3.) Many of those images were registered up to two years prior to their destruction. The damages are not to be per images but a flat figure as the quantity and the Defendant's financial status make a much larger settlement unattainable.

5. Order the defendant Wayman to account for all the other copies of the images from any media storage and list any other persons or places those were and are stored.

6. Order the forensic copy created as part of the settlement agreement to be put under this court's jurisdiction and remove the defendant Wayman's ability to have it destroyed. That copy of the disk should not be allowed to be destroyed.

The Plaintiff further requests the court to make an expedited ruling on this motion. The vacating of the motion and the settlement agreement with the order to protect the forensic copy from being destroyed by Ms Wayman as is allowed in the settlement agreement protects the court, the Plaintiff and the evidence in future claims if any. **(Exhibit G)**

_____
Name

_____6/14/2016_____
Date

I certify the defendant being noticed via mail at her listed address in this action. The Plaintiff's and apparently the defendant's agreements with attorneys has ended. Therefore both are acting Pro Se at the time of this motion.

EXHIBIT

A

Begin forwarded message:
From: Joyce Wayman <████wayman@yahoo.com>
To: Bonnie Leighton <bonnie@████████erties.com>, Joseph Wayman
████djoe@msn.com>
Subject: David's pictures

Date: Sat, 27 Jun 2015 12:37:50 -0700

Hi Bonnie,

I have something I want to pass by you.
CREN000116

I went through my hard drive today that I have my music on and did see some Back
up pictures that David put on it. I really had never looked at them before today really.
I am thinking if I download them on another device and give them to him █████



████████████████████████ this may or may not be the results we are
looking for, but it just might be and it might be what he wanted all along.

Let me know what you think.

Thanks, Joyce

CREN000117

EXHIBIT

B





EXHIBIT

TOSHIBA EXT2 (I:) > original\WALLET DRIV > FOUND.001

Quick access

| Name | Date modified | Type | Size |
|---|---|---|---|
| FILE0000 | 9/17/2015 8:49 AM | File Fragments | 224 KB |
| FILE0001 | 9/17/2015 8:49 AM | File Fragments | 64 KB |
| FILE0002 | 9/17/2015 8:49 AM | File Fragments | 64 KB |
| FILE0003 | 9/17/2015 8:49 AM | File Fragments | 96 KB |
| FILE0004 | 9/17/2015 8:49 AM | File Fragments | 160 KB |
| FILE0005 | 9/17/2015 8:49 AM | File Fragments | 64 KB |
| FILE0006 | 9/17/2015 8:49 AM | File Fragments | 32 KB |
| FILE0007 | 9/17/2015 8:49 AM | File Fragments | 416 KB |
| FILE0008 | 9/17/2015 8:49 AM | File Fragments | 32 KB |
| FILE0009 | 9/17/2015 8:49 AM | File Fragments | 4,480 KB |
| FILE0010 | 9/17/2015 8:49 AM | File Fragments | 3,936 KB |
| FILE0011 | 9/17/2015 8:49 AM | File Fragments | 4,032 KB |
| FILE0012 | 9/17/2015 8:49 AM | File Fragments | 3,904 KB |
| FILE0013 | 9/17/2015 8:49 AM | File Fragments | 4,192 KB |
| FILE0014 | 9/17/2015 8:49 AM | File Fragments | 4,032 KB |
| FILE0015 | 9/17/2015 8:49 AM | File Fragments | 3,808 KB |
| FILE0016 | 9/17/2015 8:49 AM | File Fragments | 3,968 KB |
| FILE0017 | 9/17/2015 8:49 AM | File Fragments | 4,000 KB |
| FILE0018 | 9/17/2015 8:49 AM | File Fragments | 4,192 KB |
| FILE0019 | 9/17/2015 8:49 AM | File Fragments | 4,288 KB |
| FILE0020 | 9/17/2015 8:49 AM | File Fragments | 4,128 KB |
| FILE0021 | 12/24/2015 2:05 PM | File Fragments | 4,481 KB |
| FILE0022 | 9/17/2015 8:49 AM | File Fragments | 4,032 KB |
| FILE0023 | 9/17/2015 8:49 AM | File Fragments | 3,968 KB |
| FILE0024 | 9/17/2015 8:49 AM | File Fragments | 32 KB |
| FILE0025 | 9/17/2015 8:49 AM | File Fragments | 4,128 KB |
| FILE0026 | 9/17/2015 8:49 AM | File Fragments | 3,936 KB |
| FILE0027 | 9/17/2015 8:49 AM | File Fragments | 4,448 KB |
| FILE0028 | 9/17/2015 8:49 AM | File Fragments | 3,808 KB |
| FILE0029 | 9/17/2015 8:49 AM | File Fragments | 4,064 KB |
| FILE0030 | 9/17/2015 8:49 AM | File Fragments | 4,160 KB |
| FILE0031 | 9/17/2015 8:49 AM | File Fragments | 3,968 KB |
| FILE0032 | 9/17/2015 8:49 AM | File Fragments | 4,064 KB |

1,559 items

(B) Redistribute copies of the images to the public by sale or other transfer of ownership or by leasing or licensing in violation of 17 U.S.C. § 106(3) and 501;

(C) Display the images in violation of U.S.C.§106(5) and §501 and 17 U.S.C.§ 101 definition of publicly display.

37.   Each of the defendants committed copyright infringement "willfully" within the context of U.S.C. § 504(2).

38.   The defendants' misconduct offends public policy and deceives the public as to the ownership of the images in violation of 17 U.S.C.§ 1202(a)(1)(2) and U.S.C. §1202(b)(1-3).

39.   The Plaintiff requests the Court:

(A)  order that each defendant delete and permanently remove the images relating to the Plaintiff's images of the property from each of the computers controlled, possessed, or in their custody.  Order defendant Wayman to produce the images she removed from the custody of the Plaintiff by providing the uncompromised hard drive she removed to the Plaintiff for image removal. Upon any failure to produce or having destroyed the images find the defendant guilty of willful infringement and willful destruction of personal property.  Damages to be determined upon finding of the condition of removed disk and images.

(B)  award the Plaintiff either its actual damages and any profits from each Defendant including fees, commissions, rental income, lease income or any other income from the property during the time of the use of the images pursuant to 17.



Disk Directory submitted by Wayman as part of settlement

| Name | Date modified | Type |
|------|---------------|------|
| HPbackup3182012 | 3/18/2012 4:15 PM | File folder |
| joyce | 2/17/2011 12:08 PM | File folder |
| Joyce music | 3/1/2011 4:10 PM | File folder |
| Photobus | 10/26/2011 1:53 PM | File folder |
| ToshibaMinidrivebu | 3/3/2012 1:23 PM | File folder |
| tosibabackup102511 | 10/25/2011 6:16 PM | File folder |
| Turbo USB | 11/29/2010 9:26 A... | File folder |
| Icon | 12/7/2009 3:45 PM | Icon |
| Wallet Drive User Guide | 7/19/2010 10:5? A... | Adobe Acrobat D... |

Actual disk directory showing the recycle bin and other folders.



DSC_3698.JPG Properties                                         ✕

General   Security   Details   Previous Versions

        DSC_3698.JPG

Type of file:    JPG File (.JPG)

Opens with:     Picasa Photo Viewer        Change...

Location:       I:\Secondrecovery

Size:           6.03 MB (6,326,438 bytes)

Size on disk:   6.03 MB (6,328,320 bytes)

Created:        Tuesday, October 25, 2011, 6:41:13 PM

Modified:       Saturday, April 02, 2011, 11:35:22 AM

Accessed:       Saturday, December 01, 2012, 12:00:00 AM

Attributes:     ☐ Read-only   ☐ Hidden   Advanced...

                          OK        Cancel        Apply

_SC_3823.JPG Properties                                         ✕

General   Security   Details   Previous Versions

        _SC_3823.JPG

Type of file:    JPG File (.JPG)

Opens with:     Picasa Photo Viewer        Change...

Location:       I:\Secondrecovery

Size:           7.68 MB (8,059,828 bytes)

Size on disk:   7.68 MB (8,060,928 bytes)

Created:        Tuesday, October 25, 2011, 6:42:11 PM

Modified:       Saturday, April 02, 2011, 1:45:00 PM

Accessed:       Saturday, December 01, 2012, 12:00:00 AM

Attributes:     ☐ Read-only   ☐ Hidden   Advanced...



New folder Properties                                          ✕

General   Sharing   Security   Previous Versions   Customize

        New folder

Type:       File folder

Location:   H:\2011-08-13

Size:       120 MB (126,070,612 bytes)

Size on disk: 120 MB (126,631,936 bytes)

Contains:   262 Files, 0 Folders

Created:    Thursday, September 17, 2015, 1:13:01 PM

Attributes: ☑ Read-only (Only applies to files in folder)

            ☐ Hidden        Advanced...

                          OK        Cancel        Apply

EXHIBIT

E

**David - Gmail**

**From:** Joyce Wayman [jaway1222@gmail.com]
**Sent:** Thursday, May 17, 2012 4:28 PM
**To:** David
**Subject:** hard drive

I didn't know all that was on that hard drive. I bought it for my music. I'll be back sometime this weekend so you will have them then.

**David - Gmail**

**From:** David - Gmail [dlgeorge1@gmail.com]
**Sent:** Thursday, May 17, 2012 3:18 PM
**To:** Joyce-Gmail
**Subject:** HARDRIVE

I know I said I would not bother but I did not realize how extensive your leaving was including taking tens of thousands of my photos of which over a hundred are the high resolution photos I spent the last few days last working on., As you know if you listened to me on several occasions I had to submit the low small photos for early inspection by Monday, which I did. You should also remember I had to have the high resolutions available and now they want them and the only place they are stored are on that drive. I need them. I do not care about the drive although the drive was listed on the taxes for right off for the corporation so technically it is its not yours. I do not care about the drive. How could you just not care about taking my photos in the middle of a year long project for SW is just plain beyond me and wrong. Send me the drive, I will take them off and send it back to you I could care less about it but the photos are very valuable. Some of the others include the one from Australia for the neonatal unit that sold for over 8000.00, you know about that, you now have the only high res copy, the beach house that sold 32 times, I can wait on those but the new ones for 2013 season at are very time sensitive. I have to get them on a dvd and to Mesa.  Please, I worked too hard to have you just throw them away.


















**Piriform Recuva**

**Recuva.com**  v1.52.1086 (64-bit)
Microsoft Windows 10 Pro 64-bit
Intel Core2 Duo CPU P7550 @ 2.26GHz, 4.0GB RAM, Mobile Intel 4 Series Express Chipset Family

WALLET DRIV (H:)   |   Scan

| Filename | Path | Size | State | Comment |
|---|---|---|---|---|
| SC_2107.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,586 KB | Unrecoverable | This file is overwritten |
| SC_2108.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,141 KB | Unrecoverable | This file is overwritten |
| SC_2109.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,172 KB | Unrecoverable | This file is overwritten |
| SC_2110.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,354 KB | Unrecoverable | This file is overwritten |
| SC_2111.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,366 KB | Unrecoverable | This file is overwritten |
| SC_2112.NEF | H:\Desktop\HPBU110311\_ackups\ | 23,719 KB | Unrecoverable | This file is overwritten |
| SC_2113.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,225 KB | Unrecoverable | This file is overwritten |
| SC_2114.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,219 KB | Unrecoverable | This file is overwritten |
| SC_2115.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,245 KB | Unrecoverable | This file is overwritten |
| SC_2116.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,271 KB | Unrecoverable | This file is overwritten |
| SC_2117.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,273 KB | Unrecoverable | This file is overwritten |
| SC_2118.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,270 KB | Unrecoverable | This file is overwritten |
| SC_2119.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,654 KB | Unrecoverable | This file is overwritten |
| SC_2120.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,575 KB | Unrecoverable | This file is overwritten |
| SC_2124.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,176 KB | Unrecoverable | This file is overwritten |
| SC_2125.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,508 KB | Unrecoverable | This file is overwritten |
| SC_2126.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,423 KB | Unrecoverable | This file is overwritten |
| SC_2127.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,818 KB | Unrecoverable | This file is overwritten |
| SC_2128.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,397 KB | Unrecoverable | This file is overwritten |
| SC_2129.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,291 KB | Unrecoverable | This file is overwritten |
| SC_2130.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,136 KB | Unrecoverable | This file is overwritten |
| SC_2131.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,590 KB | Unrecoverable | This file is overwritten |
| SC_2144.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,650 KB | Unrecoverable | This file is overwritten |
| SC_2145.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,691 KB | Unrecoverable | This file is overwritten |
| SC_2146.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,644 KB | Unrecoverable | This file is overwritten |
| SC_2147.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,367 KB | Unrecoverable | This file is overwritten |
| SC_2148.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,383 KB | Unrecoverable | This file is overwritten |
| SC_2149.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,497 KB | Unrecoverable | This file is overwritten |
| SC_2150.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,413 KB | Unrecoverable | This file is overwritten |
| SC_2152.NEF | H:\Desktop\HPBU110311\_ackups\ | 19,478 KB | Unrecoverable | This file is overwritten |

Recovery completed in 52 minutes 33 seconds. Total recovered 2510 file(s): fully recovered 618 file(s), partly recovered 2892 file(s).

Online Help



EXHIBIT
F
tabbies



```
----------------------------------------------------------------------------------------
[H:] FAT32, 596 GB.  32768 Found: recovered 2515 files, fully recovered 614 files, partly recovered 1901 Files
----------------------------------------------------------------------------------------

Filename                              Size        Path
----------------------------------------------------------------------------------------
Norton Online Backup.exe              405504      H:\
FreecomTest                           52428800    H:\
Windows Easy Transfer - Items from old computer.MIG  2126326214  H:\
_hange.log                            740         H:\System Volume Information\_restore{3D8D88D2-9FFC-498B-A689-A4771362F918}\RP121\
_hange.log                            872         H:\System Volume Information\_restore{9064A718-8822-4594-9843-D0C9AD7DED22}\RP605\
_SCN0390.MOV                          1084440564  H:\Recycled\Dk3\
_SC_1758.JPG                          32768       H:\tosibabackup102511\2010-06-12\
File0113.jpg                          300384      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
File0114.jpg                          238818      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
File0375.jpg                          278681      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
_ile0113.tmp                          324510      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
File0113.jpg-RF37ec6ca3.TMP           300384      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
_ile0114.tmp                          272732      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
File0114.jpg-RF37ec89ff.TMP           238818      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
_ile0375.tmp                          302960      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
File0375.jpg-RF37ecf78e.TMP           278681      H:\tosibabackup102511\Downloaded Albums\dlgeorge1\camerainsurance\
_SCN1144.JPG                          3966332     H:\tosibabackup102511\2010-04-22\2010-08-29\
```

**4.2. Tender of Wallet Drive.** Within 5 business days this Agreement, Wayman will tender the Wallet Drive to George, and will relinquish to George any claim of ownership thereof.

The parties agree that counsel for Wayman ("Guardian") may retain a copy of the contents of the Wallet Drive for evidentiary preservation purposes only. Guardian may retain the drive for (1) a period of 1-year following the execution of this Agreement, or (b) the 1099 Dispute has been resolved, whichever is later ("Retention Period"). Wayman shall inform Guardian within 10 business days of resolution of the 1099 Dispute.

During the Retention Period, Guardian may not copy or release the drive or any of its contents to any person, including to Wayman or George, except: pursuant to a valid court order; as necessary for Wayman's use to resolve the 1099 Dispute; or with the prior written consent of both George and Wayman. To the extent any such allowable disclosure is made to resolve the 1099 Dispute, Guardian shall release only those specific contents of the drive that shall be necessary as determined in the sole discretion of Guardian. Any and all copies of those contents so released must be destroyed by Wayman or Guardian within 5 days of the resolution of the 1099 Dispute. At the termination of the Retention Period, Guardian will destroy the preservation copy using secure data destruction methods.



EXHIBIT

G