IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01315-MJW

DAVID GEORGE,

Plaintiff

v.

BONNIE LEIGHTON, BARBARA SMITH, COLORADO REAL ESTATE NEWTORK, INC, and JOYCE ANN WAYMAN

Defendants

_____

### DEFENDANT JOYCE WAYMAN'S MOTION TO RESTRICT
_____

Defendant Joyce Ann Wayman, by and through her undersigned attorneys, hereby submits the following Motion to Restrict pursuant to D.C.COLO.LCivR 7.2 as follows:

1. The Plaintiff has raised an issue concerning the parties' settlement agreement, which is a confidential document by way of his filing of a motion to vacate settlement. He has attached some but not all of the parties' agreement to his motion. It may be appropriate for the court to consider the entire agreement. To this end, if the court requires same, it would be appropriate for the parties to submit said agreement on a restricted basis or otherwise reach an agreement on their own as to its use in this case.

2. Undersigned counsel has attempted to confer with Mr. George who is operating pro se. Undersigned counsel preformed a docket check and determined what Mr. George's phone number of record is. Undersigned counsel contacted Mr. George at Thursday July 7, 2016 and went into a voicemail wherein undersigned counsel left a message on that voicemail documenting what the issue is, and whether Mr. George wishes to agree to the restriction of the response and/or document or otherwise agree to the public access of same. Mr. George has not returned the call as of yet.

3. Based upon the foregoing, Defendant requests that the confidential document and briefing be restricted due to the confidentiality provision. Alternatively, to the extent that the court orders the submission of same on either a confidential or public basis this Defendant will comply.

4. The nature of the injury that could occur without this restriction is that either party may wish to keep the settlement confidential. Redaction could be an appropriate solution as well. Notably, Mr. George has already raised issues in his pleadings and his motion and attached some or a portion of the settlement agreement. The undersigned and defendant believe that level 1 restriction is appropriate.

Wherefore, Defendant requests level 1 restriction on the subject briefing and settlement provisions or otherwise further orders from the Court regarding disclosure of same.

DATED this 11th day of July, 2016.

s/ *Christopher Kenney*
Christopher P. Kenney
Christopher P. Kenney, P.C.
3650 S. Yosemite St., Suite 409
Denver, CO 80237
303-504-4191

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing pleading was served on this 11th day of July to David George, via US mail to:

David George
2525 Arapahoe Avenue, E4-245
Boulder, CO 80302

*s/Christopher P. Kenney*
Christopher P. Kenney